# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-13-847-R |
| | ) | |
| ONE 2008 UTILITY FREIGHT | ) | |
| REEFER TRAILER, | ) | |
| VIN #1UYVS24838U306403, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

This cause came before the Court on Plaintiff=s Application for Default Judgment and Order of Forfeiture and Brief in Support (Doc. 8).  The Court finds:

That on August 9, 2013, the plaintiff, United States of America, filed its Verified Complaint for Forfeiture *In Rem* against the defendant property.

That a Warrant for Arrest *In Rem* was entered by the Court on August 12, 2013. That notice of this action was posted on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on August 10, 2013, and ending September 8, 2013, as referenced in the Declaration of Publication filed with the Government's Motion.

That a copy of the Complaint and a Notice of Forfeiture were provided to the following parties who may have had an interest in the defendant property:

a) delivery of notice to Robert R. Robles, counsel for Alan D. Willard in the administrative proceeding, was accomplished by certified mail, return receipt number 7011 3500 0001 0757 1275 on August 12, 2013;

b) delivery of notice to Alan D. Willard, claimant in the administrative proceeding, was accomplished by certified mail, return receipt number 7011 3500 0001 0757 1282, on August 21, 2013; and

c) delivery of notice to Gary Dean Cardeccia, possible claimant, was attempted by certified mail, return receipt number 7011 3500 0001 0757 1268, on August 9, 2013, but was returned marked "unclaimed".  Notice sent on August 9, 2013, via U.S. First Class Mail was not returned and therefore assumed delivered.

That no other person has filed a claim or answer herein.

That no infant or incompetent persons were entitled to receive service in this matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title and interest to the defendant property is hereby condemned, forfeited, extinguished, and vested in the United States of America, free and clear of the claims of any person, including, but not limited to Alan D. Willard and Gary Dean Cardeccia, and shall be disposed of according to law.

That upon entry of this order, the United States Marshals Service or other appropriate federal or state agency is directed to deliver the above-described property to the United States of America for disposition according to law.

DATED: October 22, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE